UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LONNIE KELCO,

              Plaintiffs,

      v.

EXABEAM, INC., et al.,

              Defendants.

Case No.  25-cv-06795-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 1/30/2026 at 3:00 PM.
Counsel ***must*** file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  1/30/2026

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 6/26/2026.

DESIGNATION OF EXPERTS: 7/31/2026; REBUTTAL: 8/21/2026;
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 9/11/2026.

DISPOSITIVE MOTIONS **SHALL** be filed by; 9/25/2026;
      Opp. Due: 10/9/2026; Reply Due: 10/16/2026;
      and set for hearing no later than 10/30/2026 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  11/3/2026
PRETRIAL CONFERENCE DATE: 11/17/2026 at 1:30 PM.

JURY TRIAL DATE: 11/30/2026 at 9:00 AM.
      Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 6 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

United States District Court
Northern District of California

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

       **IT IS SO ORDERED**.

Dated: November 17, 2025

_____
SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California